

# Fourth Court of Appeals
## San Antonio, Texas

December 12, 2017

No. 04-16-00806-CR

Roger **SALDANA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 15-08-00031-CRF
Honorable Russell Wilson, Judge Presiding

# O R D E R

Appellant's appointed counsel, Mr. Nohl Bryant, filed appellant's brief on August 21, 2017.[1]  The State's brief was due on October 20, 2017.  According to the State, while in the process of researching its brief, the State discovered material not previously disclosed to Mr. Bryant.  Based on the recently obtained material, Mr. Bryant filed a motion requesting ninety days in which to file an amended appellant's brief.  The State filed a motion asking that the due date for its brief be extended to thirty days after appellant's amended brief is filed.  On October 23, 2017, we issued an order granting in part and denying in part Mr. Bryant's motion.  Our order directed Mr. Bryant to file appellant's amended brief no later than December 8, 2017.  Our order also stated: "**NO FURTHER EXTENSIONS WILL BE GRANTED ABSENT EXTENTUATING CIRCUMSTANCES.**"  We also granted the State's motion and directed the State to file its appellee's brief no later than thirty days after appellant's amended brief is filed.

On December 8, 2017, Mr. Bryant filed another request for an extension of time until December 22, 2017.  The request is GRANTED, and Mr. Bryant is hereby ORDERED to file appellant's amended brief <u>no later than December 22, 2017</u>.

If Mr. Bryant does not file a brief by December 22, 2017, this cause will be abated for the trial court to conduct a hearing to determine whether: (1) appellant desires to prosecute his

---

[1] Appellant's brief was originally due on May 22, 2017.  Mr. Bryant was granted three extensions of time before filing appellant's brief on August 21, 2017.

appeal; (2) appellant is indigent, and if so, the trial court shall take such measures as may be necessary to assure the effective assistance of counsel, which may include the appointment of new counsel; and (3) counsel has abandoned the appeal. Because sanctions may be necessary, the trial court will be asked to address this issue even if new counsel is retained or substituted before the date of the hearing. The clerk of this court shall cause a copy of this order to be served on Mr. Bryant by certified mail, return receipt requested, and by regular United States mail.

_Sandee Bryan Marion_

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of December, 2017.

Keith E. Hottle
Clerk of Court